UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 04-12221-LHK |
| ANDROSCOGGIN ENERGY LLC | |
| Debtor | |

### ORDER PURSUANT TO F.R. BANKR. P. 3018(a) TEMPORARILY ALLOWING CLAIM FOR VOTING PURPOSES

Upon the Motion for Order Pursuant to F.R. Bankr. P. 3018(a) Temporarily Allowing Claim for Voting Purposes dated February 1, 2006 (the "Motion"), filed by AltaGas Ltd. ("AltaGas"), a hearing having been held before this Court on February 14, 2006 after due notice; and good cause appearing for the entry of this Order; it is hereby

ORDERED that the Motion is granted.  The claim of AltaGas in the amount of $2,870,848 be, and it hereby is, temporarily allowed for the purpose of enabling AltaGas to vote to accept or reject the Debtor's Second Amended Plan of Reorganization dated January 9, 2006.

Dated:   Bangor, Maine
         February 15, 2006

_____
United States Bankruptcy Judge

{W0446396.1}